①

UNITED STATES DITRICT COURT
DITRICT OF MASSACHUSETTS.

FILED
CLERKS OFFICE
2004 FEB 27 P 2:54
DISTRICT COURT
DISTRICT OF MASS.

ANTONIO MARCOS PINTO
A 73.000.683
I. JOSE F. McDONOUGH
   SHERIFF OF PLYMOUTY COUNTY
   MY IMMEDIATE COSTODIAN.
II. DEPARTMENT OF HOMELAND SECURITY
    STEVEN J. FARGUHARSON
    DISTRICT DIRECTOR
        RESPONDENT

APPLICATION FOR FEDERAL WRIT OF HABEAS
      CORPUS UNDER 28 U.S.C. § 2241

I. I AM PRESETLY CONFINO AT THE PLYMOUTH COUNTY CORRECTIONAL FACILITY

II. THE BASIS OF MY PETITION
CONTINUED DETENTION IN THE CUSTODY OF THE DEPARTMENT OF HOMELAND SEWRITY, BUROAY OF IMMIGRATION CUSTOMS ENFORCEMENT.

GROUNDONE: MY INDEFINITE DETENTION IS UNLAWFUL. THE DEPARTMENT OF HOMELAND SECURTY (D.H.S) DOES NOT HAVE STUTUTARY AUTHORITY TO DETAIN ME INDEFINILTY. THIS IS BECOUSE MY REMOVAL CAN NOT BE EFFECTUATED IN THE REASONABLY

(A.) I WAS ARRESTED BY (D.H.S.) ON (       ), I HA A FINAL ORDER OF DEPORTATION. REASON FOR MY DEPORTATION IS BECOUSE OF I DON'T HAVE VISA

(B) THE (DHS) HAS SINCE RETAINED THE NECCESARY TRAVEL DOCUMENTS FOR MY DEPORTATION AND I STILL REMI IN CUSTOHY.

(C) MY FAMILY IS SUFERING WHILE I'M BRING DETAINED IM ME SOURCE OF INCOME FOR MY FAMILY AS WELL AS MY RELATIVES.

②

GROUD TWO: MY INDEFINITE DETENTION by RESPONDGNT IN VIOLATION OF MY RIGHTS TO PROCEDERAL AND SUBSTANTIVE DUE PROCESSGAS QUARANTEED by THE FIFTH AMENDMENT TO THE UNITED STATE CONSTITUTION.

(A) AFLER BEING IN CUSTODY I HAVE NOTIFIED (D.H.S THAT IOU WA KEA FIGHTG THAT I WILL FULLY COOPERATE TO SPEED UP MY DEPORTATION.

(B) I'AM NOW AMERICAN UTTENE I FROM BRAZIL I DON HAVE PROBLEM IN UNITED STATES MY NON I HAVE PROBLEM PLEASE IMEES MY DEPORTATIAN

GROUND THREE: I am NOT A FLIGHT RISK AND I DO NOT PRESENT ANY DANSER TO PUBLIC SAFETY AND THUS MY DETENTION IS UNLAND, UNDER 8 C.F.R. SECTION: 241.4

(A) I'AM NOT OSKING TO OE RELEASED HERE IN THE UNITED STATE UNDER I DONT HAVE A GREEN CARD. I WOULD FUST LIKE TO GET BACK TO MY FAMILY AND RESUME MY CAREER.

(B) I'M WILLING TO OBIDE WITH ALL THE CONDITION IMPOSED ON ME UPON MY RELEASE AND ALSO WALL MY SELF TO THE (D.H.S) OT ANY DAY MY REMOVAL IS IMMINEN

THANKING YOU FOR YOUR TIME AND CONCERN THE FOREGUING IS TRUE AND CORRECT

FEBRUARY 13-04

Antonio [signature]