UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO MARCOS PINTO, | ) |
| | ) |
| Petitioner | ) |
| | ) Civil Action No. |
| v. | ) 04cv10404-MEL |
| | ) |
| JOSEPH F. MCDONOUGH, SHERIFF, | ) |
| PLYMOUTH COUNTY, ET AL., | ) |
| | ) |
| Respondent | ) |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) for lack of subject matter jurisdiction due to mootness.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

By: _____
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having agency control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail at his record address on March 5, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114