UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTONIO MARCOS PINTO,                )
                                     )
              Petitioner             )
                                     )        Civil Action No.
         v.                          )        04cv10404-MEL
                                     )
JOSEPH F. MCDONOUGH, SHERIFF,        )
PLYMOUTH COUNTY, ET AL.,             )
                                     )
              Respondent             )

RESPONDENT'S RETURN AND MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS

Respondent[1] moves to dismiss this case because, although petitioner[2] has challenged his continuing detention by respondent, he had already been removed from the United States on February 20, 2004, prior to the filing of his petition. See Attachment A.[3]

Accordingly, since the relief sought by petitioner has now been granted by respondent, the case should be dismissed as moot.

ARGUMENT

I.    PETITIONER HAS BEEN REMOVED FROM THE UNITED STATES AND THEREFORE THE CASE SHOULD BE DISMISSED FOR MOOTNESS.

"It is well settled that a case is moot 'when the issues

---

[1]   As of a DHS restructuring effective June 9, 2003, it is understood at present that the responsive official of the Department of Homeland Security in the instant action responsible for petitioner's agency custody is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement in Boston, Massachusetts.

[2] Petitioner is also known as Antonio Marcos Rodrigues-Pinto.

presented are no longer "live" or the parties lack a legally cognizable interest in the outcome, ... or alternatively, when the 'party invoking federal court jurisdiction' no longer has 'a personal stake in the outcome of the controversy.'" Boston & Maine Corp. v. Brotherhood of Maintenance of Way Employees, 94 F.3d 15, 20 (1st Cir. 1996) (citations omitted).

"A case is moot, and hence not justiciable, if the passage of time has caused it completely to lose its character as a present, live controversy of the kind that must exist if the court is to avoid advisory opinions on abstract propositions of law." Laurence H. Tribe, American Constitutional Law S 3-11, at 83 (2d ed. 1988) (internal quotations omitted). Once a case or controversy is moot, a federal court no longer retains jurisdiction to adjudicate the merits of the case. U.S. Const. art. III, S. 2 et seq.; see also U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership, 115 S.Ct. 386, 390 (1994).

The instant petition was filed February 27, 2004. However, petitioner had already been removed a week earlier, on February 20, 2004. Attachment A. Because the result sought in the petition -- release from the custody of the Department of Homeland Security -- has already been effected by petitioner's removal from the United States on February 20, 2004, there is no live case or controversy and accordingly the petition should be dismissed as moot.

---

[3] The Petition was filed February 27, 2004.

CONCLUSION

Because there is no present case or controversy, this action should be dismissed for mootness.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

3

**ATTACHMENT  A**



**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**
Detention and Removal Operations
New England Field Office

JFK Federal Building
Government Center
Boston, MA 02203
*03/04/04*

MEMORANDUM FOR:  Frank Crowley,  SAUSA

FROM:     Ricardo Santos,  Deportation Officer

SUBJECT:    A73 000 683  RODRIGUES, Antonio Marco

On February 20, 2004 Subject Antonio Marco RODRIGUES with Immigration number A73 000 683 was removed to Brazil.  This information was verified by this Officer through the Custody screen in the Deportable Alien Control System (DACS).

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document
to be served upon pro se petitioner by mail at his record
address on March 5, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114